# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Won Young Park § Case No. 15-26996
Mi Sun Han §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/07/2015 . The undersigned trustee was appointed on 08/07/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    10,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 247.21 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 9,752.79 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/24/2016 and the deadline for filing governmental claims was 03/24/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 5.52 , for total expenses of $ 5.52 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/08/2018                By: /s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-26996 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Won Young Park | | | | Date Filed (f) or Converted (c): | 08/07/2015 (f) |
| | Mi Sun Han | | | | 341(a) Meeting Date: | 08/31/2015 |
| For Period Ending: | 01/08/2018 | | | | Claims Bar Date: | 03/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 24511 Champion Dr, Plainfield, Il 60585 | 295,443.00 | 4,572.00 | | 0.00 | FA |
| 2. Bank Of America Business Checking For Morgan Mart, Inc Accou | 187.57 | 187.57 | | 0.00 | FA |
| 3. Bank Of America Business Checking For Yp Communication Inc A | 2,467.93 | 2,467.93 | | 0.00 | FA |
| 4. Bank Of America Personal Checking Account #2948 | 369.66 | 0.00 | | 0.00 | FA |
| 5. Statefarm Personal Saving Account #7394 | 200.00 | 0.00 | | 0.00 | FA |
| 6. Tcf Business Checking For Yp Communication Inc Account # 399 | 1,677.25 | 1,677.25 | | 0.00 | FA |
| 7. Tcf Personal Checking Account #1059 | 3.91 | 0.00 | | 0.00 | FA |
| 8. Tcf Small Business Checking For Morgan Mart, Inc Account # 8 | 92.11 | 92.11 | | 0.00 | FA |
| 9. Statefarm Life Incurance Opened 11/08/2012 Policy # Lf-3169- | 589.14 | 0.00 | | 0.00 | FA |
| 10. Morgan Mart, Inc Own: 100% | 0.00 | 0.00 | | 0.00 | FA |
| 11. Yp Communication Inc Own: 100% | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Kia Sorento Mileage 90000 | 4,855.00 | 4,855.00 | | 0.00 | FA |
| 13. 2010 Acura Mdx Mileage 50984 | 22,343.00 | 19,160.00 | | 0.00 | FA |
| 14. 2012 Jeep Wrangler Mileage 115000 | 9,617.00 | 573.57 | | 10,000.00 | FA |
| 15. Computer * Unit 4 = $200 Printer * Unit 2= $100 Accessaries | 2,569.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $340,414.57 | $33,585.43 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating equity in Jeep and claimed exemptions in same. - Joji Takada 12/22/2015

Debtor making payments pursuant to settlement. - Joji Takada 4/27/2016

Debtor making payments pursuant to settlement. - Joji Takada 8/7/2016

Debtor making payments pursuant to settlement. - Joji Takada 12/20/2016

Consult with accountant re: tax return. - Joji Takada 4/13/2017

Prepare TFR and distribution. - Joji Takada 9/23/2017

TFR with UST. - Joji Takada 12/15/2017

Initial Projected Date of Final Report (TFR): 08/07/2017    Current Projected Date of Final Report (TFR): 12/30/2017

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-26996 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Won Young Park | Bank Name: Associated Bank |
| Mi Sun Han | Account Number/CD#: XXXXXX0254 |
| | Checking |
| Taxpayer ID No: XX-XXX3626 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/24/16 | 14 | YP Communication Inc. | Settlement payment Installment payment from Debtor re: compromise of Jeep | 1129-000 | $2,000.00 | | $2,000.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,990.00 |
| 06/02/16 | 14 | Young Park | Settlement payment Installment payment from Debtor re: compromise of vehicle | 1129-000 | $2,000.00 | | $3,990.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,970.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,960.00 |
| 09/08/16 | 14 | Morgan Mart Inc. | Settlement payment Installment payment re: buyout of equity in vehicle | 1129-000 | $2,000.00 | | $5,960.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,950.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,940.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,930.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,920.00 |
| 12/23/16 | 14 | Park Won Young | Settlement payment Installment payment re Jeep | 1129-000 | $2,000.00 | | $7,920.00 |
| 01/05/17 | 14 | Park Won Young | Settlement payment Installment payment re Jeep vehicle | 1110-000 | $2,000.00 | | $9,920.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,910.00 |
| | | | Page Subtotals: | | $10,000.00 | $90.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-26996 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Won Young Park | Bank Name: | Associated Bank |
| | Mi Sun Han | Account Number/CD#: | XXXXXX0254 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3626 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.35 | $9,895.65 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.29 | $9,882.36 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.69 | $9,867.67 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.20 | $9,853.47 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.65 | $9,838.82 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.16 | $9,824.66 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.61 | $9,810.05 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.58 | $9,795.47 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.09 | $9,781.38 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.54 | $9,766.84 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.05 | $9,752.79 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $247.21 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $247.21 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $247.21 |
| Page Subtotals: | $0.00 | $157.21 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0254 - Checking | $10,000.00 | $247.21 | $9,752.79 |
|  | $10,000.00 | $247.21 | $9,752.79 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-26996
Debtor Name: Won Young Park
Claims Bar Date: 3/24/2016

Date: January 17, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $5.52 | $5.52 |
| 100 3711 | American Auction Associates<br>2104 Stonington,<br>Hoffman Estates, Illinois 60169 | Administrative | | $0.00 | $300.00 | $300.00 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $1,052.73 | $1,052.73 |
| 2 300 7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $5,915.54 | $5,915.54 |
| 3 300 7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $6,195.32 | $6,195.32 |
| 4 300 7100 | Capital One Bank (Usa), N.A.<br>American Infosource Lp<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $3,648.03 | $3,648.03 |
| 5 300 7100 | American Infosource Lp As Agent For<br>First Data Global Leasing<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $255.23 | $255.23 |
| 6 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $557.11 | $557.11 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-26996  
Debtor Name: Won Young Park  
Claims Bar Date: 3/24/2016  

Date: January 17, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Tjx) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $3,921.00 | $3,921.00 |
| 8 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Gap) Pob 41067 Norfolk Va 23541 | Unsecured | | $0.00 | $309.27 | $309.27 |
| 9 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Tjx) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $78.12 | $78.12 |
| 10 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Sams Club) Pob 41067 Norfolk Va 23541 | Unsecured | | $0.00 | $966.43 | $966.43 |
| | Case Totals | | | $0.00 | $24,954.30 | $24,954.30 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-26996
Case Name: Won Young Park
              Mi Sun Han
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand      $      9,752.79

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: Joji Takada | $ 5.52 | $ 0.00 | $ 5.52 |
| Other: American Auction Associates | $ 300.00 | $ 0.00 | $ 300.00 |

Total to be paid for chapter 7 administrative expenses      $      2,055.52

Remaining Balance      $      7,697.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,898.78 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 1,052.73 | $ 0.00 | $ 353.87 |
| 2 | American Express Bank, Fsb | $ 5,915.54 | $ 0.00 | $ 1,988.47 |
| 3 | American Express Bank, Fsb | $ 6,195.32 | $ 0.00 | $ 2,082.51 |
| 4 | Capital One Bank (Usa), N.A. | $ 3,648.03 | $ 0.00 | $ 1,226.26 |
| 5 | American Infosource Lp As Agent For | $ 255.23 | $ 0.00 | $ 85.79 |
| 6 | Capital One, N.A. | $ 557.11 | $ 0.00 | $ 187.27 |
| 7 | Portfolio Recovery Associates, Llc | $ 3,921.00 | $ 0.00 | $ 1,318.02 |
| 8 | Portfolio Recovery Associates, Llc | $ 309.27 | $ 0.00 | $ 103.96 |
| 9 | Portfolio Recovery Associates, Llc | $ 78.12 | $ 0.00 | $ 26.26 |
| 10 | Portfolio Recovery Associates, Llc | $ 966.43 | $ 0.00 | $ 324.86 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,697.27 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE