# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Won Young Park § | Case No. 15-26996 |
| Mi Sun Han § | |
| § | |
| Debtors § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee         , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 319,871.86                    Assets Exempt: 10,925.71
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,697.27      Claims Discharged
                                                Without Payment: 922,618.66

Total Expenses of Administration: 2,302.73

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 312,178.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,302.73 | 2,302.73 | 2,302.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 595,239.15 | 22,898.78 | 22,898.78 | 7,697.27 |
| **TOTAL DISBURSEMENTS** | $ 907,417.15 | $ 25,201.51 | $ 25,201.51 | $ 10,000.00 |

    4)  This case was originally filed under chapter 7 on 08/07/2015. The case was pending for 35 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __06/08/2018__          By:/s/Joji Takada, Chapter 7 Trustee
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Jeep Wrangler Mileage 115000 | 1110-000 | 2,000.00 |
| 2012 Jeep Wrangler Mileage 115000 | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance LLC Po Box 24696 Columbus, OH 43224 | | 24,697.00 | NA | NA | 0.00 |
| | Chase Home Finance LLC Po Box 24696 Columbus, OH 43224 | | 262,163.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Bank 310 Price Place Madison, WI 53705 | | 18,661.00 | NA | NA | 0.00 |
| | TD Auto Finance Po Box 9223 Farmington Hills, MI 48333-9223 | | 6,657.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 312,178.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Joji Takada | 2200-000 | NA | 5.52 | 5.52 | 5.52 |
| Associated Bank | 2600-000 | NA | 247.21 | 247.21 | 247.21 |
| American Auction Associates | 3711-000 | NA | 300.00 | 300.00 | 300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,302.73 | $ 2,302.73 | $ 2,302.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | | 4,312.00 | NA | NA | 0.00 |
| | American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | | 6,063.00 | NA | NA | 0.00 |
| | CACH LLC d/b/a Fresh View Solution 10865 Grandview Drive, Suite 2000 Overland Park, KS  66210 | | 39,178.83 | NA | NA | 0.00 |
| | Capital One Bank USA Po Box 30281 Salt Lake City, UT 84130 | | 937.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO BOX 15153 Wilmington, DE 19866-5153 | | 2,403.00 | NA | NA | 0.00 |
| | Chase PO BOX 15153 Wilmington, DE 19866-5153 | | 1,750.00 | NA | NA | 0.00 |
| | Chase PO BOX 15153 Wilmington, DE 19866-5153 | | 40,484.00 | NA | NA | 0.00 |
| | Chase/ Bank One Card Serv Po Box 15298 Wilmington, DE 19850 | | 660.00 | NA | NA | 0.00 |
| | Chase/ Bank One Card Serv Po Box 15298 Wilmington, DE 19850 | | 660.00 | NA | NA | 0.00 |
| | CREDIT FIRST NAtl Assoc Po Box 81315 Cleveland, OH 44181-0315 | | 34.00 | NA | NA | 0.00 |
| | First Data Merchant SVS 4000 Coral Ridge DRC-230 Coral SPGS, FL 33065 | | 1,752.00 | NA | NA | 0.00 |
| | First Data Merchant SVS 4000 Coral Ridge DRC-230 Coral SPGS, FL 33065 | | 1,837.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First Data Merchant SVS 4000 Coral Ridge DRC-230 Coral SPGS, FL  33065 |  | 1,662.00 | NA | NA | 0.00 |
|  | First Data Merchant SVS 4000 Coral Ridge DRC-230 Coral SPGS, FL  33065 |  | 159.00 | NA | NA | 0.00 |
|  | Kohls Department Store PO BOX 3115 Milwaukee, WI 53201 |  | 1.00 | NA | NA | 0.00 |
|  | Syncb/Abt Tv Po Box 965036 Orlando, FL  32896-5036 |  | 748.00 | NA | NA | 0.00 |
|  | SYNCB/SAMS Po Box 965005 Orlando, FL  32896-5000 |  | 948.00 | NA | NA | 0.00 |
|  | TD Bank USA/ Target CRED Po Box 9500 Minneapolis, MN  55440 |  | 103.00 | NA | NA | 0.00 |
|  | WRB Enterprise II Richard Jaffe 180 W Washington St, Ste 400 Chicago, IL  60602 |  | 491,547.32 | NA | NA | 0.00 |
| 2 | American Express Bank, Fsb | 7100-000 | NA | 5,915.54 | 5,915.54 | 1,988.47 |
| 3 | American Express Bank, Fsb | 7100-000 | NA | 6,195.32 | 6,195.32 | 2,082.51 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | 7100-000 | NA | 1,052.73 | 1,052.73 | 353.87 |
| 5 | American Infosource Lp As Agent For | 7100-000 | NA | 255.23 | 255.23 | 85.79 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 3,648.03 | 3,648.03 | 1,226.26 |
| 6 | Capital One, N.A. | 7100-000 | NA | 557.11 | 557.11 | 187.27 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 966.43 | 966.43 | 324.86 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 3,921.00 | 3,921.00 | 1,318.02 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 309.27 | 309.27 | 103.96 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 78.12 | 78.12 | 26.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 595,239.15 | $ 22,898.78 | $ 22,898.78 | $ 7,697.27 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-26996 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Won Young Park | | | | Date Filed (f) or Converted (c): | 08/07/2015 (f) |
| | Mi Sun Han | | | | 341(a) Meeting Date: | 08/31/2015 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 03/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 24511 Champion Dr, Plainfield, Il 60585 | 295,443.00 | 4,572.00 | | 0.00 | FA |
| 2. Bank Of America Business Checking For Morgan Mart, Inc Accou | 187.57 | 187.57 | | 0.00 | FA |
| 3. Bank Of America Business Checking For Yp Communication Inc A | 2,467.93 | 2,467.93 | | 0.00 | FA |
| 4. Bank Of America Personal Checking Account #2948 | 369.66 | 0.00 | | 0.00 | FA |
| 5. Statefarm Personal Saving Account #7394 | 200.00 | 0.00 | | 0.00 | FA |
| 6. Tcf Business Checking For Yp Communication Inc Account # 399 | 1,677.25 | 1,677.25 | | 0.00 | FA |
| 7. Tcf Personal Checking Account #1059 | 3.91 | 0.00 | | 0.00 | FA |
| 8. Tcf Small Business Checking For Morgan Mart, Inc Account # 8 | 92.11 | 92.11 | | 0.00 | FA |
| 9. Statefarm Life Incurance Opened 11/08/2012 Policy # Lf-3169 - | 589.14 | 0.00 | | 0.00 | FA |
| 10. Morgan Mart, Inc Own: 100% | 0.00 | 0.00 | | 0.00 | FA |
| 11. Yp Communication Inc Own: 100% | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Kia Sorento Mileage 90000 | 4,855.00 | 4,855.00 | | 0.00 | FA |
| 13. 2010 Acura Mdx Mileage 50984 | 22,343.00 | 19,160.00 | | 0.00 | FA |
| 14. 2012 Jeep Wrangler Mileage 115000 | 9,617.00 | 573.57 | | 10,000.00 | FA |
| 15. Computer * Unit 4 = $200 Printer * Unit 2= $100 Accessaries | 2,569.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $340,414.57          $33,585.43                    $10,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating equity in Jeep and claimed exemptions in same. - Joji Takada 12/22/2015

Debtor making payments pursuant to settlement. - Joji Takada 4/27/2016

Debtor making payments pursuant to settlement. - Joji Takada 8/7/2016

Debtor making payments pursuant to settlement. - Joji Takada 12/20/2016

Consult with accountant re: tax return. - Joji Takada 4/13/2017

Prepare TFR and distribution. - Joji Takada 9/23/2017

TFR with UST. - Joji Takada 12/15/2017

Initial Projected Date of Final Report (TFR): 08/07/2017    Current Projected Date of Final Report (TFR): 12/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-26996 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Won Young Park | Bank Name: Associated Bank |
| Mi Sun Han | Account Number/CD#: XXXXXX0254 |
| | Checking |
| Taxpayer ID No: XX-XXX3626 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/24/16 | 14 | YP Communication Inc. | Settlement payment Installment payment from Debtor re: compromise of Jeep | 1129-000 | $2,000.00 | | $2,000.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,990.00 |
| 06/02/16 | 14 | Young Park | Settlement payment Installment payment from Debtor re: compromise of vehicle | 1129-000 | $2,000.00 | | $3,990.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,970.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,960.00 |
| 09/08/16 | 14 | Morgan Mart Inc. | Settlement payment Installment payment re: buyout of equity in vehicle | 1129-000 | $2,000.00 | | $5,960.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,950.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,940.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,930.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,920.00 |
| 12/23/16 | 14 | Park Won Young | Settlement payment Installment payment re Jeep | 1129-000 | $2,000.00 | | $7,920.00 |

Page Subtotals:       $8,000.00       $80.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 15-26996 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Won Young Park | Bank Name: | Associated Bank | |
| | Mi Sun Han | Account Number/CD#: | XXXXXX0254 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3626 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/17 | 14 | Park Won Young | Settlement payment Installment payment re Jeep vehicle | 1110-000 | $2,000.00 | | $9,920.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,910.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.35 | $9,895.65 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.29 | $9,882.36 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.69 | $9,867.67 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.20 | $9,853.47 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.65 | $9,838.82 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.16 | $9,824.66 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.61 | $9,810.05 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.58 | $9,795.47 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.09 | $9,781.38 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.54 | $9,766.84 |

Page Subtotals: $2,000.00   $153.16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-26996 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Won Young Park | Bank Name: Associated Bank |
| Mi Sun Han | Account Number/CD#: XXXXXX0254 |
| | Checking |
| Taxpayer ID No: XX-XXX3626 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.05 | $9,752.79 |
| 03/18/18 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $1,750.00 | $8,002.79 |
| 03/18/18 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $5.52 | $7,997.27 |
| 03/18/18 | 1003 | American Auction Associates<br>2104 Stonington,<br>Hoffman Estates, Illinois 60169 | Final distribution per court order. | 3711-000 | | $300.00 | $7,697.27 |
| 03/18/18 | 1004 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution per court order. | 7100-000 | | $353.87 | $7,343.40 |
| 03/18/18 | 1005 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $1,988.47 | $5,354.93 |
| 03/18/18 | 1006 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $2,082.51 | $3,272.42 |
| 03/18/18 | 1007 | Capital One Bank (Usa), N.A.<br>American Infosource Lp<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $1,226.26 | $2,046.16 |
| 03/18/18 | 1008 | American Infosource Lp As Agent For<br>First Data Global Leasing<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $85.79 | $1,960.37 |
| 03/18/18 | 1009 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $187.27 | $1,773.10 |
| | | | Page Subtotals: | | $0.00 | $7,993.74 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-26996 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Won Young Park | Bank Name: | Associated Bank |
| Mi Sun Han | Account Number/CD#: | XXXXXX0254 |
| | | Checking |
| Taxpayer ID No: XX-XXX3626 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/18 | 1010 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Tjx) Pob 41067 Norfolk, Va 23541 | Final distribution per court order. | 7100-000 | | $1,318.02 | $455.08 |
| 03/18/18 | 1011 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Gap) Pob 41067 Norfolk Va 23541 | Final distribution per court order. | 7100-000 | | $103.96 | $351.12 |
| 03/18/18 | 1012 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Tjx) Pob 41067 Norfolk, Va 23541 | Final distribution per court order. | 7100-000 | | $26.26 | $324.86 |
| 03/18/18 | 1013 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Sams Club) Pob 41067 Norfolk Va 23541 | Final distribution per court order. | 7100-000 | | $324.86 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals: $0.00 $1,773.10

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0254 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |